478 A.2d 62

Commonwealth v. Twiggs, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted March 5, 1984. Joshua M. Briskin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order affirmed.